IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              CASE NO. 4:18-CR-00405-BSM

AARON MARCELL YOUNG                                                                      DEFENDANT

**ORDER**

Aaron Young's motions to reduce his sentence and appoint counsel [Doc. No. 64] are denied. First, Young's motion to reduce his sentence is denied because the retroactive application of amendment 821 to the federal sentencing guidelines does not reduce his sentencing range. This is true because the amendment merely reduces his criminal history points from nine to eight, and therefore his criminal history category remains at level IV. Second, Young's motion to appoint counsel is denied because there is no right to appointed counsel in sentence modification proceedings. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009).

IT IS SO ORDERED this 1st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE